## TEXAS AND PACIFIC R'Y CO. VS. DYER.

Appeal from Palo Pinto county.

Where after judgment in a justice's court an appeal bond was filed, but the justice disregarding the same issued execution and failed to send up the transcript ; and the defendant sued out a writ of *certiorari* to bring up the transcript to the county court ; it was error in the latter court to dismiss the writ for want of sufficient cause.

The jurisdiction of the county court having attached by the filing of the appeal bond, the case should have been docketed and tried *de novo.*

Opinion by White, P. J.